

Paul J. Napoli, Partner
1302 Avenida Ponce de León
Santurce, Puerto Rico  00907-3982
Tel. (212) 397-1000
*pnapoli@nsprlaw.com*

May 17, 2023
*via* **CM/ECF**

The United States District Court for the District of New Jersey
Martin Luther King Building  &  U.S. Courthouse
Attn: The Honorable John Michael Vazquez
50 Walnut Street – Room 4015
Newark, New Jersey   07102-3595

**Re: Cedar Lane Technologies Inc. v. AM Conservation Group, Inc. (2:23-cv-01842-JMV-CLW)**

Dear Judge Vazquez,

We write to notify you that Napoli Shkolnik LLC is not associated with this above-referenced matter.  David Walter deBruin, Esq. is no longer employed or associated with our firm, Napoli Shkolnik.  Mr. deBruin was employed with our firm between May 23, 2022 and April 14, 2023.  As reflected in the docket, the aforementioned case is being handled by:

> David Walter deBruin, Esq.
> 1421 Old Wilmington Road
> Hockessin, DE  19707-9233
> Tel. (302) 898-3687
> Email: ddebruin55@gmail.com

If the Court has any questions, we will be happy to address them.

Sincerely,

Paul J. Napoli, Esq.

cc: All Counsel of Record on CM/ECF